DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER EMBREE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3010

[January 18, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 14CF000151A.

Jonathan J. Kirschner of Jonathan Jay Kirschner, Esq. & Associates, LLC, Fort Pierce, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***